[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 278.]

THE STATE EX REL. JERNINGHAN, APPELLANT, *v.* COURT OF COMMON PLEAS OF CUYAHOGA COUNTY ET AL., APPELLEES.

[Cite as *State ex rel. Jerninghan v. Cuyahoga Cty. Court of Common Pleas*, 1996-Ohio-117.]

*Mandamus to compel court to file a final order—Writ denied when act already performed.*

(No. 95-1769—Submitted November 7, 1995—Decided January 10, 1996.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 69259.

————————————

{¶ 1} On July 10, 1995, appellant, Tommie Jerninghan, Jr., filed a complaint in mandamus in the Court of Appeals for Cuyahoga County, alleging that his appeal in case No. CV265857 had been dismissed for lack of a final order, and seeking to compel appellees to file a final order in the case. On July 25, 1995, appellees filed a motion to dismiss the complaint as moot, attaching a copy of an order dismissing case No. CV265857. On July 31, 1995, the court of appeals issued a journal entry dismissing the case.

{¶ 2} Appellant appeals to this court as a matter of right.

————————————

*Tommie Jerninghan, Jr.*, *pro se.*

————————————

*Per Curiam.*

{¶ 3} We affirm the judgment of the court of appeals. A writ of mandamus will not issue to compel an act already performed. *State ex rel. Gantt v. Coleman* (1983), 6 Ohio St.3d 5, 6 OBR 4, 450 N.E.2d 1163.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

_____